**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE: _____  Case No. _____

LORENZO PUEZAN, CRISTINA _____  Chapter 13 _____
                    Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 7/13/2011 _____  ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION                        Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 200.00 x 60 = $ 12,000.00
$ _____ x ___ = $ _____
$ _____ x ___ = $ _____
$ _____ x ___ = $ _____
$ _____ x ___ = $ _____

TOTAL: $ 12,000.00

Additional Payments:
$ 175,000.00 to be paid as a LUMP SUM within 60 months with proceeds to come from:

☑ Sale of Property identified as follows:
FROM LIQUIDATION OF CONYUGAL PARTNRSHIP

☐ Other:

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 187,000.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,345.00

Signed: /s/ CRISTINA LORENZO PUEZAN
        Debtor

        _____
        Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. BPPR              Cr. BPPR              Cr. _____
# 710100113490332     # 10190021229289001   # _____
$ 30,000.00           $ 42,000.00           $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. ASOC OFICINAS ASHFOR Cr. ASOC RES PARQ INTER/ Cr. See Attached
# 201                 # #12 CALLE 1         # _____
$ 18,000.00           $ 78,000.00           $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____            Cr. _____            Cr. _____
# _____              # _____              # _____
$ _____              $ _____              $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
MAUNA COOP
5. ☐ Other: _____

6. ☑ Debtor otherwise maintains regular payments directly to:
BPPR        MAUNA COOP        BPPR
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
               ☐ Paid 100% / ☐ Other: _____
Cr. _____            Cr. _____            Cr. _____
# _____              # _____              # _____
$ _____              $ _____              $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

DEBTOR WILL MANTAIN DIRCT PAYMENT TO SECURED CREDITORS 1)BPPR, 2) BANCO POPULAR SPECIAL LOANS, MANTAINANCE FEE OF ASHFORD MEDICAL AND MANTAINANCE OF PARQUE INTERAMERICANA 3) MAUNACOOP FINANCED VEHICLE.

Attorney for Debtor Jose Prieto _____  Phone: (787) 607-2066

**CHAPTER 13 PAYMENT PLAN**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** LORENZO PUEZAN, CRISTINA                                      Case No. _____

Debtor(s)

# CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

|  | Cr | # | $ |
|---|---|---|---|
| **Trustee pays IN FULL Secured Claims:** | CRIM | PARQ INTERMERICANA | 6,000.00 |
|  | CRIM | EL DORADO | 5,000.00 |
|  | IRS | 7800 | 30,700.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only